# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Theresa Williams,

                        Plaintiff(s),

vs.                                         Case Number: 10-cv-25-GKF-TLW
                                                        Proceeding: Motion Hearing

Newell Coach Corporation,                  Date: 11-23-2010

                        Defendant(s).       Court Time: 1:00 p.m.

### MINUTE SHEET

T. Lane Wilson, U.S. Magistrate Judge        C. Portilloz, Deputy Clerk        C1, Reporter

Counsel for Plaintiff: William O'Connor

Counsel for Defendant: Paul Bendure, Paul Hathaway


Minutes: Telephone conference held regarding Motion for Protective Order (dkt. # 50). Argument heard.  The Motion for Protective Order (dkt. # 50) is denied as stated during the hearing.

Court Time

40 minutes